

**NUMBER 13-13-00371-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**PETER ANTHONY TRAYLOR,**                                                  **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                  **Appellee.**

---

### On appeal from the 366th District Court
### of Collin County, Texas.

---

# ORDER

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

Appellant, Peter Anthony Traylor, filed a notice of appeal with this Court from his

conviction in trial court cause number 366-82774-2010.[1]   Appellant's counsel has filed

---

[1] This case is before the Court on transfer from the Fifth Court of Appeals in Dallas pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

an *Anders* brief.   On December 18, 2015, this Court ordered the trial court to ensure that appellant has the opportunity to fully examine the appellate record and notify this Court as to the date upon which the appellate record was made available to appellant.   *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).   Documentation filed with this Court indicates that the appellate record was sent to appellant.

Currently pending before the Court is appellant's request for extension of time to file a pro se brief and request for an order to release appellant's property which includes appellant's court documents.   Appellant states that his court documents were not allowed to be transferred with him and he is unable to prepare his brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before April 17, 2015, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant.

Appellant's motion for extension of time to file a pro se brief is GRANTED. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court.   Appellant's motion for an order to release appellant's property is DENIED.

IT IS SO ORDERED.

PER CURIAM

Do not publish
Tex. R. App. P. 47.2(b).

Delivered and filed the
6th day of April, 2015.

2